UNITED STATES of America, Plaintiff–Appellee,

v.

Anna Veronica MURRIETA, Defendant–Appellant.

No. 09–10465.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 16, 2010.*

Filed Nov. 22, 2010.

Anca Iulia Pop, Office of the U.S. Attorney, Firm Address: SUITE 4800 Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Mark Willimann, Tucson, AZ, for Defendant–Appellant.

Before: TASHIMA, BERZON, and CLIFTON, Circuit Judges.

## MEMORANDUM **

Anna Veronica Murrieta appeals from the 37–month sentence imposed following her guilty-plea conviction for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Murrieta contends that the district court procedurally erred by failing to consider her individual circumstances and arguments for a lower sentence. The record indicates that the district court considered Murrieta's arguments in light of the 18 U.S.C. § 3553(a) sentencing factors and did not otherwise procedurally err. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

Murrieta also contends that her sentence is substantively unreasonable. In light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a), her sentence at the bottom of the Guidelines range is reasonable. *See Carty,* 520 F.3d at 993–94.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument and therefore denies Giebel's request. *See* Fed. R.App. P. 34(a)(2).